NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEELAND O. WHITE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3146

---

Petition for review of the Merit Systems Protection Board in No. DA3330120297-I-1.

---

**ON MOTION**

---

## O R D E R

The Merit Systems Protection Board moves for a 15-day extension of time, until October 25, 2013, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

WHITE V. MSPB                                                    2

FOR THE COURT

/s/    Daniel E. O'Toole
       Daniel E. O'Toole
       Clerk

s27